

# Summons

## Collection Information Statement

In the matter of  AIRPORT FLASH INC. PO BOX 3000, GEORGETOWN, TX 78627-3000
Internal Revenue Service *(Identify Division)* _SMALL BUSINESS/SELF EMPLOYED_
Industry/Area *(Identify by number or name)*  SB/SE AREA 5 (25)
Periods:  See Attachment 1 to Summons Form 6637 for Period Information

**The Commissioner of Internal Revenue**

To:  PHILLIP D COX
At:  2118 N AUSTIN AVE,  GEORGETOWN, TX  78626

You are hereby summoned and required to appear before MORGAN JOHNSON, an Internal Revenue Service *(IRS)* officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 11/01/2012  To 02/28/2013

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

---

**Do not write in this space**

---

Business address and telephone number of IRS officer before whom you are to appear:

12309 N MOPAC EXPY STE 200, MS 5220 AUNW,  AUSTIN  TX  78758  (512) 339-5311

**Place and time for appearance:** At  12309 N MOPAC EXPY STE 200, MS 5220 AUNW, AUSTIN, TX 78758

**IRS**

on the  19th  day of  March , 2013  at  9:00  o'clock  a  m.

Issued under authority of the Internal Revenue Code this  7th   day of March                      , 2013

Department of the Treasury
Internal Revenue Service      MORGAN JOHNSON                              REVENUE OFFICER
www.irs.gov                       *Signature of issuing officer*                    *Title*
Form 6637 (Rev.10-2010)
Catalog Number 25000Q     _____         _____
                             *Signature of approving officer (if applicable)*              *Title*

**EXHIBIT A**

Original – to be kept by IRS



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

Date: MARCH 7, 2013    Time: 10:50 AM

**How Summons Was Served**

☐ I handed an attested copy of the summons to the person to whom it was directed.

☒ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any):
DISPATCHER - EMPLOYEE AT BUSINESS ADDRESS
2118 N AUSTIN AVE, GEORGETOWN, TX 78626

Signature: [signature]    Title: REVENUE OFFICER

I certify that the copy of the summons served contained the required certification.

Signature: [signature]    Title: REVENUE OFFICER

Catalog No. 25000Q    Form 6637 (Rev. 10-2010)

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, and | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. |
| | ) |
| PHILLIP D. COX | ) |
| | ) |
| Respondent. | ) |

**DECLARATION OF REVENUE OFFICER MORGAN JOHNSON**

I, MORGAN JOHNSON declare:

1. I am a duly commissioned Revenue Officer employed in the Small Business/Self-Employed Division Gulf States Compliance Area of the Internal Revenue Service at 12309 N. MOPAC EXP WY, M/S 5220 AUNW, AUSTIN TX 78758.

2. In my capacity as a Revenue Officer I am conducting an investigation for the collection of the employment tax liabilities of AIRPORT FLASH, INC. for the taxable quarters ended September 30, 2006, December 31, 2006, and March 31, 2007.

3. On March 7, 2013, in furtherance of the above investigation and in accordance with 26 U.S.C. § 7602, I issued an administrative summons, Internal Revenue Service Form 6637, to the president and PHILLIP D. COX, to produce for examination books, papers, records, or other data as described in said summons. The summons is attached to the petition as Exhibit A. PHILLIP D. COX is the president of AIRPORT FLASH, INC.

EXHIBIT B

4. In accordance with 26 U.S.C. § 7603, on March 7, 2013, I served an attested copy of the summons described in paragraph (3) above on PHILLIP D COX by leaving an attested copy of the summons at the last and usual place of abode of PHILLIP D. COX, 2118 N. Austin Ave., Georgetown, TX 78626. That address is also the principle place of business of AIRPORT FLASH, INC. The certificate of service on the reverse side of the summons evidences the service of the summons at the above-stated address.

5. PHILLIP D. COX did not appear at the location stated in the summons on March 19, 2013.

6. On March 29, 2013, a letter was issued by U.S. Department of Justice requesting that PHILLIP D. COX comply with the summons by appearing for a meeting with me on April 16, 2013 at 10:00 a.m. PHILLIP D. COX did not appear at that appointment.

7. PHILLIP D. COX 's refusal to comply with the summons continues through the date of this declaration.

8. The books, papers, records, or other data sought by the summons are not already in the possession of the Internal Revenue Service.

9. All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken.

10. It is necessary to examine the books, papers, records, or other data sought by the summons in order to collect the federal

tax liability of AIRPORT FLASH, INC. for the taxable quarters ended September 30, 2006, December 31, 2006, and March 31, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20TH day of MAY, 2013.

MORGAN W. JOHNSON, REVENUE OFFICER

3